WILLIAM PALANSKY, APPELLANT, v. MAX REICH ET AL., RESPONDENTS.

Argued May 24, 1933—Decided September 27, 1933.

For the appellant, *Walter V. Schwartz.*

For the respondents, *Chandless, Weller & Selser.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court, and printed in 11 *N. J. Mis. R.* 106.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.